IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WESTYE GROUP-MIDWEST, LLC,

    Plaintiff,

v.

INDEPENDENT SHEET METAL, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-666-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that default judgment is entered in favor of plaintiff Westye Group-Midwest, LLC against defendant Independent Sheet Metal, Inc., in the amount of $107,488.60 plus interest for the inventory defendant agreed to repurchase from plaintiff following plaintiff's termination as a distributor for defendant.

IT IS FURTHER ORDERED AND ADJUDGED that defendant Independent Sheet Metal, Inc. is to pay plaintiff Westye Group-Midwest, LLC $7,411.82 as sanctions for defendant's refusal to comply with its discovery obligations.

Approved as to form this 12th day of February, 2009.

_Barbara B. Crabb_
BARBARA B. CRABB,
DISTRICT JUDGE

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

2/12/09
Date